UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2015 JUN 23 PM 12: 46
WILLIAM W. BLEVINS
CLERK

PLAINTIFF:
JAMIE LABRANCHE

-VS-    CASE#_____

DEFENDANT:    DIV:_____
DEPARTMENT OF DEFENSE
INSPECTOR GENERAL

15-2280
SECT. C  MAG. 1

JURY DEMAND REQUESTED    COMPLAINT

NOW INTO COURT JAMIE LABRANCHE PLAINTIFF STATES THE FOLLOWING;

JURISDICTION- UNDER "THE INSPECTOR GENERAL ACT OF 1978 SECTION 7 (B), " THE CIVILRIGHTS ACT OF 1964 SECTION 704 (A) AND FEDERAL TORT CLAIMS ACT (FTCA) DODIG IS A FEDERAL AGENCY

PARTIES- ARE PLAINTIFF JAMIE LABRANCHE FROM ST.JOHN THE BAPTIST PARISH,2173 CARMEL VALLEY,LAPLACE LA. 70068.
THE DEFENDANT, DEPARTMENT OF DEFENSE INSPECTOR GENERAL,4800 MARK CENTER DRIVE, ALEXANDRIA VIRGINIA 22350-1500.
PARTIES DIRECTLY INVOLVED THAT MAY APPEAR TO TESTIFY, ARE SECRETARY OF NAVY MR.RAY MABUS AND SECNAV OFFICIALS,NAVY PERSONNEL, MR. JON T. RYMER DOD IG AND DODIG OFFICIALS,FBI OFFICIALS, MR. JIM LETTEN AND DOJ OFFICIALS,RAPIDGATE SECURITY ALONG WITH AUDIO AND EVIDENCE OUTSIDE OF COMPLAINT.

COMPLAINT

DODIG MATTHEW R. PITZER VIOLATED THE INSPECTOR GENERAL ACT OF 1978 SECTION 7 (B) AND VIOLATED MY CIVILRIGHTS TITLE VII CIVIL RIGHTS ACT OF 1964 SECTION 704(A).MR. PITZER ACTED WITH COLLUDED EVIL MOTIVE AND RECKLESS OR CALLOUS INDIFFERENCE TO PLAINTIFF FEDERALLY PROTECTED RIGHTS,MR. PITZER BEHAVIOR WAS INTENTIONAL AND OFFENSIVE AND A OUTRAGEOUS AFFRONT TO MY PERSONAL DIGNITY.

ON 10-17-2012 I SENT SECRETARY OF NAVY MR. RAY MABUS A CODE 3 LETTER EXPLAINING THAT NAVY HAS A NATIONWIDE SECURITY BREACH WITH FELONS GAINING UNESCORTED ACCESS TO NAVY BASES, SOME FOR

Fee _400_
✓ Process _plh @5ms_
X Dkta
CtRmDep_____
Doc. No._____

YEARS AT A TIME, I EXPLAINED IN DETAILED, WHICH ONE YEAR LATER DODIG RELEASE REPORT ON 9-16-2013 TITLED NAVY COMMERCIAL ACCESS CONTROL SYSTEM DID NOT EFFECTIVELY MITIGATE ACCESS CONTROL RISKS DODIG 2013-134,WHICH DODIG USED MY PROTECTED DISCLOSURES THAT I PROVIDED IN THE ABOVE REPORT.
IT WAS MY DUTY AS A PROJECT MANAGER TO PROTECT WORKERS FROM DEADLY HARM AND THE SAFETY OF PUBLIC SCHOOL LOCATED ON BASE WITH FELONS WORKING ALL AROUND KIDS AT SCHOOL. MR. RAY MABUS RESPONDED**SEE EVIDENCE PAGES 1-13 AND PAGE 18 ALSO IN COURT RECORD 12-2786.
MR.RAY MABUS TEAM SENT TASK TO (CNIC) WITH CODE N3ATTV-5 TASKERS: TITLE (SNHC)" CONCERNS REGARDING FELONS WORKING ON BASE" WITH CLEAR AND CONCISE ORDER TO REPLY DIRECT TO JAMIE LABRANCHE WITH MY HOME ADDRESS. TASKING AUTHORITY: SECNAV HOLD CLOSE FRONT OFFICE ASSIGNED TO TIM WHITE**SEE EVIDENCE PAGE#30.
I WAS CALLED BY GEORGE SCHONHOFF NAVY CONTRACT MANAGER TO PICK UP A EMAIL FROM DODIG MATTHEW R. PITZER ** SEE EVIDENCE PAGE #29 GEORGE SCHONHOFF ALSO SHARED EMAIL WITH MY BOSS WHICH STARTED REPRISAL AGAINST ME.
DODIG MR. PITZER HAD A CLEAR AND CONCISE ORDER FROM SECNAV TO REPLY DIRECT TO MYSELF JAMIE LABRANCHE WITH HOME ADDRESS PROVIDED BY SECNAV**SEE EVIDENCE PAGE #30.
MY DEALINGS WERE STRICTLY WITH SECNAV UNTIL DODIG MATTHEW PITZER VIOLATED MY FEDERALLY PROTECTED RIGHTS BEFORE I EVER HEARD OF HIM THROUGH HIS EMAIL. DODIG MATTHEW PITZER FAILED TO FOLLOW A DIRECT ORDER FROM SECNAV COSTING MY CAREER AND VIOLATING BOTH INSPECTOR GENERAL ACT OF 1978 AND TITLE VII CIVIL RIGHTS ACT OF 1964.

ULTIMATELY HE FAILED NOT ONLY ME BUT OUR COUNTRY, ONCE HE OBTAIN THE DETAILED SECURITY BREACH THAT I FORWARDED TO HIM** SEE EVIDENCE PAGES 31-40. THE PROTECTED DISCLOSURES I PROVIDED DODIG USED IT FOR 52 PAGE AUDIT REPORT RELEASED ON 9-16-2013 ONE YEAR AFTER MR. PITZER NEW ABOUT GRAVE PROTECTED DISCLOSURES, JUST SO HAPPENS THE SAME DAY 12 PEOPLE WAS SHOT AND KILLED AT NAVY YARD SHOOTING AND JUST SO HAPPENS ONE DAY AFTER ON 9-17-2013 A NEW INSPECTOR GENERAL JON T. RYMER ASSUMED IG POST??

I FILED A SEALED SUIT 12-2786 ON 11-16-2012 AGAINST GOODWORKS, I WAS TOLD TO LEAVE OUT GEORGE SCHONHOFF NAVY MANAGER BY DODIG MATTHEW PITZER AND LATER BY DODIG KATHERINE H. BLOOR**SEE EVIDENCE PAGES 54 TO 122. DODIG KATHERINE BLOOR ORDERED ME TO SETTLE CASE WITH GOODWORKS FOR FRINGE BENEFITS THEY OWED ME AND DODIG MS. BLOOR WILL KEEP CASE OPEN AFTER SETTLEMENT**SEE

EVIDENCE PAGES 54TO122, SO I SETTLED SUIT WITH GOODWORKS FOR FRINGE BENEFITS. DODIG KATHERINE BLOOR CONTINED CASE AFTER SETTLEMENT AND ON 9-16-2013 THE NAVY YARD SHOOTING TOOK PLACE AND EVERYTHING WENT BLANK WITH NO RESULTS, SHE HAD ME BELIEVED SHE WAS INVESTIGATING GEORGE SCHONHOFF NAVY MANAGER FOR HIS ROLE IN CASE.

FINALLY I HAD ENOUGH AND SENT HONORABLE MR. JON T. RYMER IG TWO LETTERS JUNE 9,16, 2014 ** SEE EVIDENCE PAGES 154TO156. SUDDENLY TWO DAYS LATER I RECEIVED A POORLY INVESTIGATED REPORT TWO YEARS LATE, THEN TWO OTHER AGENTS CLOSE TO IG MR. RYMER TOOK CASE AND KEPT TO 11-3-2014. I HAD TO MAKE A FOIA REQUEST TO OBTAIN IT AND ON 12-28-2014 I RECEIVED IT ** SEE EVIDENCE PAGES 157 TO 159. AFTER READING THIS COLLUDED BASELESS GARBAGE REPORT, I SENT A SIX MONTH REQUIRED WARNING THAT I WILL FILE SUIT IN FEDERAL COURT IN SIX MONTHS ALONG WITH DEMAND, NO ANSWER TO DATE, I ALSO RECENTLY CALLED LEGAL DEPT. FOR FINAL WARNING, NO RESPONSE.

THIS IS NOTHING MORE THAN A MUTI-LEVEL CIVIL CONSPIRACY TO PROTECT DODIG HOUSE AT ALL COST PEROID. I WANT TO SEE DODIG MATTHEW PITZER EXPLAIN TO A 12 MEMBER JURY THAT WHEN I JAMIE LABRANCHE SUPPLIED YOU WITH GRAVE PROTECTED DISCLOSURES,DODIG MATTHEW PITZER JUST CONTINUED ON WITH HIS AUDIT, ANY MAN IN HIS RIGHT MINE WOULD HAVE TEMPORARY DROP THE AUDIT, NOTIFIED TOP RANKS AND CLEAN UP THIS GRAVE SECURITY BREACH ON A NATIONWIDE LEVEL. THERE ARE NO EXCUSES DODIG MR. PITZER HAD GRAVE PROTECTED DISCLOSURES AND USED THEM ON HIS REPORT RELEASED ON 9-16-2013 TITLED NAVY COMMERCIAL ACCESS CONTROL SYSTEM DID NOT EFFECTIVELY MITIGATE ACCESS CONTROL RISKS DODIG2013-134.THIS REPORT WAS RELEASED THE SAME DAY OF NAVY YARD SHOOTING KILLED 12 BEHIND NEGLIGENCE OF DODIG MATTHEW PITZER.
DODIG MATTHEW PITZER FAILED TO ACT AND HAD TO REACT TO TRAGIC NAVY YARD SHOOTING THAT DODIG MR. PITZER HAD 100% KNOWLEDGE ONE YEAR AHEAD OF TIME AND FAILED TO BLOW THE HORN,IF I WAS DOJ I WOULD THROW THE BOOK AT HIM.

CONCLUSION: THIS CASE IS CLEAR CUT BLACK AND WHITE WITH 100% EVIDENCE TO BACK IT UP. DODIG MATTHEW PITZER FAILED TO FOLLOW A DIRECT ORDER FROM SECNAV, VIOLATING THE INSPECTOR GENERAL ACT OF 1978 SECTION 7B AND CIVIL RIGHTS ACT OF 1964 SECTION 704A AND CIVIL CONSPIRACY COSTING ME MY CAREER IN LESS THAN 30 DAYS. DODIG MATTHEW PITZER FAILED TO NOTIFY HIGH RANKS OF GRAVE DANGER SUPPLIED TO HIM IN MY PROTECTED DISCLOSURES.MR. PITZER

HAD THESE PROTECTED DISCLOSURES ON PERSON ONE YEAR BEFORE THE NAVY YARD SHOOTING WHERE 12 INNOCENT PEOPLE LOST THERE LIVES OVER MR. PITZER NEGLIGENCE. FROM THERE A MULTI- LEVEL GRAND CIVIL CONSPIRACY TOOK PLACE IN DODIG. COPY CONGRESS

DEMAND: RECOVERY UNDER FEDERAL TORT CLAIMS ACT (FTCA), CIVIL RIGHTS ACT OF 1964, INSPECTOR GENERAL ACT OF 1978. IF WE CAN SETTLE WITH OUT GOING TO JURY TRIAL ( 3 YEARS OF BACKPAY $ 52,500.00 PER YEAR PLUS $ 12,000.00 PER YEAR FRINGE BENEFITS TOTALING $ 193,500.00 PLUS GOING INTEREST TO DATE.
IN THE EVENT WE GO TO TRIAL DEMAND WILL BE ONE MILLION FIVE HUNDRED THOUSAND DESIGNED TO PAY SALARY TO I AM SIXTY FIVE YEARS OLD BECAUSE I HAVE YET TO FIND A JOB TO BACKLASH OF CASE, I HAVE TO DISCLOSED WHERE I WORKED LAST, I BEEN BARELY MAKING IT TRAPPING WILDLIFE AND SMALL LANDSCAPE JOBS FOR MYSELF BEHIND THE NEGLIGENCE OF DODIG MATTHEW PITZER.

WE PRAY DOJ INVESTIGATES THIS CASE INVOLING DODIG MATTHEW PITZER AND ANY OTHERS INVOLVED IN THIS CONSPIRACY AND MAKE ME WHOLE AGAIN WITH ABOVE SETTLEMENT DEMAND.

RESPECTIVELY,
JAMIE LABRANCHE
2173 CARMEL VALLEY
LAPLACE, LA. 70068
CELL 504-559-9586
JAMIELABRANCHE@ME.COM

4 (C)